| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>LORENZ, MYRON J | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CASD | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>940 FRONT STREET RM 5145<br>SAN DIEGO CA 92101-8911 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | TRUST |
| 2.   MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORIAL SOCIETY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel # 1, San Diego County, California | | None | O | W | | | | | |
| 2. WELLS FARGO BANK | | None | K | T | | | | | |
| 3. HIGHLAND FLOATING RTC | A | Interest | M | T | Purchase | 12/7 | M | | |
| 4. MFS STRATEGIC VALUE | B | Dividend | | | Sell | 12/7 | K | B | |
| 5. UNIT VAN KAMPEN DOW JONES█ | A | Dividend | L | T | Purchase | 7/26 | L | | |
| 6. UNIT VAN KAMPEN ENHANCED█ | A | Dividend | K | T | Purchase | 12/2 | K | | |
| 7. MS ACTIVE ASSETS TAX FREE TRUST | D | Dividend | L | T | partial sale | 12/7 | M | | |
| 8. TRANSAMERICA INDIV RETIREMENT ANNUITY | B | Interest | | | Sell | 3/16 | L | | |
| 9. SAN DIEGO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | D | Interest | | | Sell | 3/16 | M | | |
| 10. AMERICAN INV CO OF AMERICA | C | Dividend | L | T | | | | | |
| 11. CA STWD DEV-C BE█ | A | Interest | M | T | Purchase | 12/11 | M | | |
| 12. MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | B | Interest | K | T | | | | | |
| 13. UNIVERSITY OF CAL. REVS█ | C | Interest | L | T | | | | | |
| 14. CALIFORNIA EDL FACS AUTH REV (3YD)█ | D | Interest | M | T | | | | | |
| 15. CALIFORNIA EDL FACS█ | A | Interest | K | T | Purchase | 9/28 | K | | |
| 16. METROPOLITAN WTR DISTRICT SO █ | B | Interest | K | T | Purchase | 6/13 | K | | |
| 17. PRIME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN CAP WRLD GR & INC | C | Dividend | L | T | | | | | |
| 19. EQUALLY WEIGHTED S&P 500 | A | Dividend | J | T | | | | | |
| 20. EQUALLY WEIGHTED S&P 500 (in IRA) | | None | J | T | Partial Sale | 12/7 | J | A | |
| 21. MS LIQUID ASSET FUND (IRA) | A | Interest | J | T | | | | | |
| 22. PUTNAM NEW OPPORTUNITY B HELD IN IRA | | None | K | T | | | | | |
| 23. OPPENHEIMER GLOBAL FD CL B HELD IN IRA | A | Dividend | K | T | | | | | |
| 24. DAVIS NEW YORK VENTURE HELD IN IRA | A | Dividend | K | T | | | | | |
| 25. MS MPS S&P 500 INDEX HELD IN IRA | A | Dividend | L | T | | | | | |
| 26. AMERICAN INV CO OF AMER (part trust, part IRA) | B | Dividend | L | T | | | | | |
| 27. GLOBAL DIVIDEND GROWTH (in IRA) | B | Dividend | K | T | | | | | |
| 28. FOCUS GROWTH FUND B (In IRA)(name chg fr MS Amer Opp Fund) | | None | K | T | | | | | |
| 29. AIM BASIC VALUE B (in IRA) | B | Dividend | K | T | | | | | |
| 30. VAN KAPEN INDEX STRAT (in IRA) | B | Dividend | | | Sell | 12/25 | K | A | |
| 31. VAN KAPEN EAFE SELECT (in IRA) | B | Dividend | | | Sell | 7/26 | K | A | |
| 32. MS LIQUID ASSET FUND (in IRA (MAL)) | A | Interest | J | T | Roll-over | var. | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____5/15/07____

NOTE: ANY _____ S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI_____

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LORENZ, MYRON J | U.S. DISTRICT COURT, CASD | 03/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
940 FRONT STREET RM 5145
SAN DIEGO CA 92101-8911

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST |
| 2. MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORIAL SOCIETY |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAR 20 A 9: 57 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 03/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]     NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 03/02/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel # 1, San Diego County, California | | None | O | W | | | | | |
| 2. WELLS FARGO BANK | | None | K | T | | | | | |
| 3. HIGHLAND FLOATING RTC | A | | M | T | Purchase | 12/7 | M | | |
| 4. MFS STRATEGIC VALUE | B | Dividend | | T | Sell | 12/7 | K | B | |
| 5. UNIT VAN KAMPEN DOW JONES 06-3 | A | Dividend | | T | Purchase | 7/26 | L | | |
| 6. UNIT VAN KAMPEN ENHANCED 06-3 | A | Dividend | | T | Purchase | 12/2 | K | | |
| 7. MS ACTIVE ASSETS TAX FREE TRUST | D | Dividend | L | T | partial sale | 12/7 | M | | |
| 8. TRANSAMERICA INDIV RETIREMENT ANNUITY | B | Interest | | T | Sell | 3/16 | L | | |
| 9. SAN DIEGO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | D | Interest | | T | Sell | 3/16 | M | | |
| 10. AMERICAN INV CO OF AMERICA | C | Dividend | L | T | | | | | |
| 11. CA STWD DEV-C BE 3250 | A | Interest | M | | Purchase | 12/11 | M | | |
| 12. MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | B | Interest | K | T | | | | | |
| 13. UNIVERSITY OF CAL. REVS (6V2) (4T9)(5P6) | C | Interest | L | T | | | | | |
| 14. CALIFORNIA EDL FACS AUTH REV (3YD) (BB7)(YA4)(6A8) | D | Interest | M | T | | | | | |
| 15. CALIFORNIA EDL FACS (6B6) | A | | | | Purchase | 9/28 | K | | |
| 16. METROPOLITAN WTR DISTRICT SO (J66)(K49)(K56) | B | | | | Purchase | 6/13 | K | | |
| 17. PRIME FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 03/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  AMERICAN CAP WRLD GR & INC | C | Dividend | L | T | | | | | |
| 19.  EQUALLY WEIGHTED S&P 500 | A | Dividend | J | T | | | | | |
| 20.  EQUALLY WEIGHTED S&P 500 (in IRA) | | | | | Partial Sale | 12/7 | J | A | |
| 21.  MS LIQUID ASSET FUND (IRA) | A | Interest | J | T | | | | | |
| 22.  PUTNAM NEW OPPORTUNITY B HELD IN IRA | | None | K | T | | | | | |
| 23.  OPPENHEIMER GLOBAL FD CL B HELD IN IRA | A | Dividend | K | T | | | | | |
| 24.  DAVIS NEW YORK VENTURE HELD IN IRA | A | Dividend | K | T | | | | | |
| 25.  MS MPS S&P 500 INDEX HELD IN IRA | A | Dividend | L | T | | | | | |
| 26.  AMERICAN INV CO OF AMER (part trust, part IRA) | B | Dividend | L | T | | | | | |
| 27.  GLOBAL DIVIDEND GROWTH (in IRA) | B | Dividend | K | T | | | | | |
| 28.  FOCUS GROWTH FUND B (In IRA)(name chg fr MS Amer Opp Fund) | | None | K | T | | | | | |
| 29.  AIM BASIC VALUE B (in IRA) | B | Dividend | K | T | | | | | |
| 30.  VAN KAPEN INDEX STRAT (in IRA) | B | Dividend | | T | Sell | 12/25 | K | A | |
| 31.  VAN KAPEN EAFE SELECT (in IRA) | B | Dividend | | T | Sell | 7/26 | K | A | |
| 32.  MS LIQUID ASSET FUND (in IRA (MAL)) | A | Interest | J | T | Roll-over | var. | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 03/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ 3/14/07

NOTE: A_____ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544